**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7020**

---

ALTONY BROOKS,

> Plaintiff - Appellant,

> v.

KEVIN O BORGHI; LEROY RAVENELL,

> Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Bruce H. Hendricks, District Judge.  (5:21-cv-03282-BHH)

---

Submitted:  February 18, 2025                    Decided:  March 26, 2025

---

Before WYNN and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Altony Brooks, Appellant Pro Se.  Norma Anne Turner Jett, NESS & JETT, LLC, Bamberg, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Altony Brooks appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider the dismissal of his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Brooks v. Borghi*, No. 5:21-cv-03282-BHH (D.S.C. Sept. 30, 2024).  We deny the motion to dismiss as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
